**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Petitioner,<br><br>  v.<br><br>KATHLEEN TAGLE,<br><br>    Respondent.<br>_____/ | No. C-13-4106 MMC<br><br>**ORDER DIRECTING PETITIONER TO SERVE PETITION; SETTING BRIEFING SCHEDULE AND SCHEDULING DECEMBER 20, 2013, HEARING ON PETITION TO ENFORCE INTERNAL REVENUE SERVICE SUMMONS** |

Before the Court is petitioner's Verified Petition to Enforce Internal Revenue Service Summons, filed September 4, 2013. Having read and considered the petition, the Court hereby sets a deadline to serve the petition, a briefing schedule on the petition, and a hearing date, as follows:

1. No later than October 18, 2013, petitioner shall serve the petition, together with a copy of this order, on respondent in accordance with Rule 4 of the Federal Rules of Civil Procedure, and, no later than October 25, 2013, shall file proof of said service.

2. No later than November 22, 2013, respondent shall file any response to the petition, and shall serve a copy of any such response on petitioners by sending a copy thereof to counsel for petitioner.

3. No later than December 6, 2013, petitioner shall file and serve any reply to the response filed by respondent.

4. The Court will conduct a hearing on the petition on December 20, 2013, at 9:00 a.m., in Courtroom 7, 19th Floor, United States District Court, 450 Golden Gate Avenue, San Francisco, California. All parties are ORDERED to appear in person or through counsel at such hearing.

5. The Case Management Conference scheduled for December 6, 2013, is hereby VACATED, and no party shall appear at that time.

**IT IS SO ORDERED.**

Dated: September 18, 2013

MAXINE M. CHESNEY
United States District Judge