UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CV-13-4106 MMC |
| Petitioner, | ) ) | |
| v. | ) ) ) | [PROPOSED] ORDER TO APPEAR BEFORE REVENUE AGENT AND GIVE TESTIMONY |
| KATHLEEN TAGLE, | ) ) | |
| Respondent. | ) ) | |

This matter came before the Court on Respondent's Motion to Dismiss. After consideration of the pleadings, arguments by counsel at the hearing on January 24, 2014, this Court entered an Order Denying Motion to Dismiss; Granting in Part and Denying in Part Petitions to Enforce Internal Revenue Summons; Directions to Petitioner on April 18, 2014.

In accordance with that Order granting the Petition to Enforce the Summons with respect to oral testimony;

IT IS HEREBY ORDERED, ADJUDGED and DECREED, that Respondent KATHLEEN TAGLE appear before Revenue Agent Tara Robertson at 1:30 p.m., 23rd day of June, 2014, at the Internal Revenue Offices, 185 Lennon Lane, Walnut Creek, California, 94598, and give testimony as required by the summons.

ORDERED this __30th__ day of __April__ , 2014, at San Francisco, California.

_____
MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE